1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No. C 04-00376 CRB

12              Plaintiff,                         **MEMORANDUM**

13        v.

14   NABIL ISMAEL,

15              Defendant.                              /

16

17        The parties have asked the Court to state its views concerning the appropriate rules for

18   reimbursement of reasonable fees and costs under the Hyde Amendment.

19        After reviewing the applicable authorities, the Court concludes that a reasonable

20   hourly rate for Ian Loveseth is the statutory rate $125 per hour, upwardly adjusted to reflect

21   cost of living increases.  The $125 statutory rate is multiplied by the annual average

22   consumer price index figure for all urban consumers ("CPI-U") for the year 2005 (the year in

23   which Mr. Loveseth performed his legal services) and then divided by the CPI-U figure for

24   March 1996, the effective date of the Hyde Amendment.  Thangaraja v. Gonzalez, 428 F.3d

25   870, 876 (9th Cir. 2005).  This calculation results in an adjusted hourly rate of $156.80.  The

26   rate for Henry Schaeffer shall remain at $75 per hour, the amount he charged defendant for

27   his services.  Accordingly, the defendant is entitled to recover legal fees for Ian Loveseth in

28   the amount of $56,644.00 ($156.80 times 361.25) plus $18,131.25 for Henry Schaeffer ($75

**United States District Court**

For the Northern District of California

1   times 241.75) for a total award of $74,875.25.  The Court notes that the fee agreement

2   between defendant and his counsel required defendant to pay $75,000 for legal services

3   through trial.

4          The defendant is also entitled to recover reasonable costs.  The Court would use the

5   Criminal Justice Act rates for investigative services.  The reasonable costs would be

6   $16,313.00 for hourly services ($55 per hour times 296.6 hours) and $829.00 for mileage (40

7   cents per mile times 2072.5 miles).

8          The Court does not believe that "fees on fees" are warranted under the circumstances

9   of this case.

10

11

Dated: Dec. 21, 2006

12                                                    _____
                                                     CHARLES  R. BREYER
13                                                   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California